IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRIMSTAD SHIPPING CO., LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>SPT, LTD., SPT, INC., and SPT MARINE TRANSFER SERVICES, LTD.,<br><br>    Defendants.<br>                                              / | No. C 13-05657 WHA<br><br>**ORDER RE EX PARTE APPLICATION FOR ORDER ISSUING PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT AND RE PRIVATE PROCESS SERVER** |

     Good cause is not shown for expediting service of process on defendants. The application for order appointing a private process server is **DENIED**. The ex parte application for attachment and garnishment is taken under submission.

     **IT IS SO ORDERED.**

Dated: December 6, 2013.

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE