EMARD DANOFF PORT TAMULSKI & WALOVICH LLP
James J. Tamulski (State Bar #064880)
Katharine Essick (State Bar #219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone:   (415) 227-9455
Facsimile:   (415) 227-4255
E-Mail:   jtamulski@edptlaw.com
          kessick@edptlaw.com

Attorneys for Plaintiff
GRIMSTAD SHIPPING CO. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GRIMSTAD SHIPPING CO. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SPT, LTD., SPT, INC., and SPT MARINE TRANSFER SERVICES LTD., <br><br> Defendants. | Case No.:   13-5657 WHA <br><br> [PROPOSED] ORDER APPOINTING PRIVATE PROCESS SERVER TO SERVE PLEADINGS <br><br> FRCP, Supp. Adm. Rule B(1)(d)(ii) <br> Admiralty Local Rule 4-3 |

EMARD DANOFF PORT
TAMULSKI & WALOVICH LLP
49 Stevenson Street, Suite 400
San Francisco, CA 94105

- 1 -
[PROPOSED] ORDER APPOINTING PRIVATE PROCESS SERVER TO SERVE PLEADINGS
Case No.

1  Plaintiff has applied for an Order Appointing a Private Process Server to Serve Pleadings
2  pursuant to the Federal Rules of Civil Procedure, Supplemental Admiralty Rule B(1)(d)(ii) and
3  Admiralty Local Rule 4-3.
4  Good cause appearing, it is hereby ordered that James J. Tamulski, Katharine Essick, or
5  any other attorney at Emard Danoff Port Tamulski & Walovich LLP (attorneys for Plaintiff), or
6  any registered process server employed by them for this purpose, is appointed to serve the
7  Complaint, Process of Maritime Attachment and Garnishment, and other pleadings in this case
8  upon the garnishees.

10  Dated: December 9, 2013.

JSW  Jeffrey S. White for William H. Alsup
United States District Judge

EMARD DANOFF PORT
TAMULSKI & WALOVICH LLP
49 Stevenson Street, Suite 400
San Francisco, CA 94105

- 2 -
[PROPOSED] ORDER APPOINTING PRIVATE PROCESS SERVER TO SERVE PLEADINGS
Case No.